# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER OCASIO,<br><br>    Petitioner,<br><br>vs.<br><br>E. K. MCDANIEL, et al.,<br><br>    Respondents. | Case No. 3:08-CV-00251-LRH-(VPC)<br><br>**ORDER** |

    Petitioner has submitted a Motion to Order Clerk to Transmit Notice of Appeal and Record on Appeal (#17), which is moot because the Clerk has already transmitted those items to the court of appeals (#15, #16).

    IT IS THEREFORE ORDERED that Petitioner's Motion to Order Clerk to Transmit Notice of Appeal and Record on Appeal (#17) is **DENIED** as moot.

    DATED this 26th day of August, 2008.

                                                                         _____
                                                                         LARRY R. HICKS
                                                                         UNITED STATES DISTRICT JUDGE